IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RICHARD JONES,<br><br>        Plaintiff,<br><br>v.<br><br>TIMOTHY DENNIS et al.,<br><br>        Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:19-CV-84-DN<br><br>District Judge David Nuffer |

Plaintiff filed a prisoner civil rights complaint under 42 U.S.C.S. § 1983 (2019), (Doc. No. 3), and was granted *in forma pauperis* status under 28 U.S.C.S. § 1915 (2019), (Doc. No. 2). However, Plaintiff has not obeyed the Court's October 15, 2019 order, (*id.*), to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined." *See id.* § 1915(a)(2). Indeed, the Court has not heard from him at all since he first submitted his complaint on October 9, 2019.

Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This action is CLOSED.

DATED this 19th day of December, 2019.

BY THE COURT:

_____
JUDGE DAVID NUFFER
United States District Court